IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROSANNA HAMBLIN,<br><br>                      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                      Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:13-CV-887 TS<br><br>District Judge Ted Stewart |

On October 3, 2013, Plaintiff filed her Complaint. This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge issued a Report and Recommendation on March 12, 2015. This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that the Court remand the Commissioner's decision to the ALJ "because the ALJ improperly evaluated Dr. Salter's opinion, Ms. Hamblin's credibility, and thus Ms. Hamblin's residual functional capacity ('RFC')."[1]

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from their receipt of the Report and Recommendation to file an objection. Neither party has done so. The Court has considered the pleadings in the file and the Report and Recommendation. It is therefore

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 20) is ADOPTED IN FULL. It is further

---

[1] Docket No. 20, at 2.

ORDERED that the ALJ's decision is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for the purposes of conducting additional proceedings as set forth herein.

The Clerk of Court is ordered to close this case forthwith.

DATED this 31st day of March, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge